**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**RANGEWATER REAL ESTATE
d/b/a IVY COMMONS,**

    **Plaintiff,**

**v.**

**LAQUITA ROBINSON and all other
occupants,**

    **Defendants.**

**CIVIL ACTION FILE**

**NO. 1:24-CV-2631-MHC-WEJ**

## ORDER

This pro se action by Defendant Laquita Robinson seeking to remove a dispossessory action from the Magistrate Court of Cobb County, Georgia, is before the Court on the Final Report and Recommendation of the Magistrate Judge ("R&R") [Doc. 5]. The Magistrate Judge recommends that this case be remanded to the Magistrate Court of Cobb County based upon the absence of federal subject matter jurisdiction. The Order for Service of the R&R [Doc. 6] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the service of that order. No objections have been filed within the permitted time period.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no plain error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 5] as the Opinion and Order of the Court. The action is **REMANDED** to the Magistrate Court of Cobb County, Georgia.

**IT IS SO ORDERED** this 9th day of July, 2024.

_____
MARK H. COHEN
United States District Judge

2